IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) DOCKET NO.: 3:14-mj-103-DSC |
| --- | --- |
| | ) |
| v. | ) UNDER SEAL |
| | ) |
| MIGUEL ANGEL RODRIGUEZ | ) **ORDER TO SEAL THE COMPLAINT** |
| | ) |

FILED
CHARLOTTE, NC
JUN 03 2014
US District Court
Western District of NC

UPON MOTION of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an order directing that the Complaint, supporting Affidavit, Motion to Seal and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this Court.

**IT IS HEREBY ORDERED** that the Complaint, Motion to Seal and this Order, be sealed until further order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 2 day of June 2014.

_____
DAVID S. CAYER
UNITED STATES MAGISTRATE JUDGE